**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Wesley** | **Scott** | **Hogan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)   **17-43838-13**

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $18,000.00 | $18,000.00 | $0.00 |

**Internal Revenue Service**
Priority Creditor's Name
**Attn: Certralized Insolvency Operations**
Number       Street
**PO Box 7346**

**Philadelphia**      **PA**     **19101-7346**
City                State      ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred?   **13,14,15**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1  **Wesley Scott Hogan**　　　　　　　　　　　　　　　Case number (if known) **17-43838-13**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**
- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ☒ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

---

**4.1**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$1,500.00**

**Bryeans and Garcia, PLLC**
Nonpriority Creditor's Name
**100 E 15th St, Ste 660**
Number   Street

**Fort Worth**　　　　**TX**　**76102**
City　　　　　　　　State　ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **04/21/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Attorney Fees**

---

**4.2**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**$700.00**

**Calvary Portfolio Services**
Nonpriority Creditor's Name
**500  Summit Lake Dr**
Number   Street
**Ste 400**

**Valhalla**　　　　　　　**NY**　**10595**
City　　　　　　　　State　ZIP Code

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number  **5  7  0  3**
When was the debt incurred?  **10/2012**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify  **Collection Attorney**

---

Debtor 1  **Wesley Scott Hogan**  Case number (if known) **17-43838-13**

**Part 2:  Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.3**   $0.00

**CashNetUSA**
Nonpriority Creditor's Name
**175 W. Jackson Blvd., Suite 1000**
Number     Street

**Chicago**     **IL**   **60604**
City            State   ZIP Code

**Who incurred the debt?**  Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Pay Day Loan**

---

**4.4**   ($1.00)

**Credit One Bank Na**
Nonpriority Creditor's Name
**PO Box 98873**
Number     Street

**Las Vegas**     **NV**   **89193**
City              State   ZIP Code

**Who incurred the debt?**  Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 6 3 5 6
**When was the debt incurred?** **08/2007**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Credit Card**

---

**4.5**   $0.00

**David Ashbury**
Nonpriority Creditor's Name
**2221 Justin Rd, Ste203**
Number     Street

**Flower Mound**     **TX**   **75028**
City                 State   ZIP Code

**Who incurred the debt?**  Check one.
☒ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other.  Specify
**Lease Deficiency**

---

Debtor 1 **Wesley Scott Hogan**  Case number (if known) **17-43838-13**

**Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.6**  $6,090.00

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number  Street
**PO Box 3025**

**New Albany**  **OH**  **43054**
City  State  ZIP Code

Last 4 digits of account number **0 4 8 5**
When was the debt incurred? **10/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Credit Card**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**4.7**  $45,868.00

**ECMC**
Nonpriority Creditor's Name
**PO BOX 16408**
Number  Street

**ST. PAUL**  **MN**  **55116-0408**
City  State  ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred?

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Unsecured**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**4.8**  $83.00

**ERC/Enhanced Recovery Corp**
Nonpriority Creditor's Name
**8014 Bayberry Rd**
Number  Street

**Jacksonville**  **FL**  **32256**
City  State  ZIP Code

Last 4 digits of account number **2 6 8 1**
When was the debt incurred? **11/2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Collection Attorney**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor 1  **Wesley Scott Hogan**  Case number (if known) **17-43838-13**

**Part 2:**  **Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.9**  **$821.00**

**First Premier Bank**
Nonpriority Creditor's Name
**601 S Minnesota Ave**
Number    Street

**Sioux Falls**    **SD**   **57104**
City              State    ZIP Code

Last 4 digits of account number  **5  7  1  4**
When was the debt incurred?  **06/2010**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.10**  **($1.00)**

**Firstbkde/cf**
Nonpriority Creditor's Name
**5301 Limestone Rd.**
Number    Street
**Suite 106**

**Wilmington**    **DE**   **19808**
City              State    ZIP Code

Last 4 digits of account number  **0  5  9  2**
When was the debt incurred?  **02/2007**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Credit Card**

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.11**  **$0.00**

**FIT**
Nonpriority Creditor's Name
**PO Box 6812**
Number    Street

**Carol Stream**    **IL**   **60197-6812**
City                State    ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify **Pay Day Loan**

Who incurred the debt?  Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor 1 **Wesley Scott Hogan**  Case number (if known) **17-43838-13**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.12  $1,277.00

**IC Systems, Inc**
Nonpriority Creditor's Name
**444 Highway 96 East**
Number   Street
**PO Box 64378**

**St Paul**   **MN**   **55164**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** **9 3 4 3**
**When was the debt incurred?** **01/2016**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Collection Attorney**

### 4.13  $113,803.12

**Internal Revenue Service**
Nonpriority Creditor's Name
**Attn: Certralized Insolvency Operations**
Number   Street
**PO Box 7346**

**Philadelphia**   **PA**   **19101-7346**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Taxes**

### 4.14  $1,883.00

**LVNV Funding**
Nonpriority Creditor's Name
**PO Box 10497**
Number   Street

**Greenville**   **SC**   **29603**
City    State    ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** **6 3 5 6**
**When was the debt incurred?** **11/2010**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Factoring Company Account**

Debtor 1   **Wesley Scott Hogan**   Case number (if known)   **17-43838-13**

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**   **$484.37**

**Mid America Bank & Tru**
Nonpriority Creditor's Name
**5109 S Broadband Ln**
Number    Street

**Sioux Falls**   **SD**   **57108**
City           State   ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

**4.16**   **$0.00**

**MoneyKey**
Nonpriority Creditor's Name
**3422 Old Capitol Trail, Suite 1613**
Number    Street

**Wilimington**   **DE**   **19808**
City              State   ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Pay Day Loan**

**4.17**   **$293.21**

**National Credit Adjusters, LLC**
Nonpriority Creditor's Name
**PO Box 3023**
Number    Street
**Attn: Bankruptcy Department**

**Hutchinson**   **KS**   **67504**
City             State   ZIP Code

**Who incurred the debt?** Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Unsecured**

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 7

Debtor 1  **Wesley Scott Hogan**     Case number (if known) **17-43838-13**

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.18**     $0.00

**Ningodwaaswi, LLC**
Nonpriority Creditor's Name
**P.O. Box 1115**
Number   Street

**Lac du Flambeau**   **WI**   **54538**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  __ __ __ __
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Pay Day Loan**

**4.19**     $649.00

**Portfolio Recovery**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 41067**

**Norfolk**   **VA**   **23541**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **3  1  3  8**
**When was the debt incurred?**  **04/2011**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Factoring Company Account**

**4.20**     $433.00

**Portfolio Recovery**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number   Street
**PO Box 41067**

**Norfolk**   **VA**   **23541**
City                State    ZIP Code

**Who incurred the debt?**  Check one.
- [x] **Debtor 1 only**
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  **6  7  5  5**
**When was the debt incurred?**  **04/2011**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Factoring Company Account**

Debtor 1 **Wesley Scott Hogan** Case number (if known) **17-43838-13**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.21** $1,277.64

**Southwestern Bell Telephone Company**
Nonpriority Creditor's Name
**% AT&T Services, Inc**
Number       Street
**Karen A. Cavagnaro - Lead Paralegal**

**One AT&T Way, Room 3A104**

**Bedminster          NJ      07921**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** __ __ __ __
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Unsecured**

**4.22** $90.00

**Unique National Collections**
Nonpriority Creditor's Name
**119 E Maple St**
Number       Street

**Jeffersonville       IN      47130**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ **Debtor 1 only**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  **0  6  9  3**
**When was the debt incurred?**  **04/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collection Attorney**

Debtor 1  **Wesley Scott Hogan**  Case number (if known) **17-43838-13**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

**Attorney General of Texas**
Name
**Region 9 Bankruptcy Section**
Number    Street
**2001 Beach Street, Suite 700**

**Fort Worth**     **TX**    **76103**
City               State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

**Theresa Carcoran**
Name
**25 W. 7th St.**
Number    Street

**White Bean Lake**   **MN**   **55102**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                                 ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   __ __ __ __

Official Form 106E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 10

Debtor 1  **Wesley Scott Hogan**　　　　　　　　　　　　　　　　　Case number (if known)  **17-43838-13**

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

**6.** Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.  28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.

**Total claim**

**Total claims from Part 1**

| | | | |
|---|---|---|---|
| 6a. | **Domestic support obligations** | 6a. | **$0.00** |
| 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$18,000.00** |
| 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
| 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | **$0.00** |
| 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$18,000.00** |

**Total claim**

**Total claims from Part 2**

| | | | |
|---|---|---|---|
| 6f. | **Student loans** | 6f. | **$0.00** |
| 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
| 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | **$175,250.34** |
| 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$175,250.34** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Wesley** First Name | **Scott** Middle Name | **Hogan** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** | | |
| Case number (if known) | **17-43838-13** | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income                                                           12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | **Sales** | |
| Employer's name | **Quest CDN** | |
| Employer's address | **PO Box 412**<br>Number  Street | Number  Street |
| | **Spring Park    MN    55384**<br>City           State   Zip Code | City           State   Zip Code |
| How long employed there? | **2 Years** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2.  $5,000.00 | _____ |
| 3. | Estimate and list monthly overtime pay. | 3. + $0.00 | _____ |
| 4. | Calculate gross income. Add line 2 + line 3. | 4.  $5,000.00 | _____ |

Official Form 106I                          Schedule I: Your Income                          page 1

Debtor 1 **Wesley Scott Hogan** Case number (if known) **17-43838-13**

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 4. Copy line 4 here | **$5,000.00** | |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | **$833.80** | |
| 5b. | Mandatory contributions for retirement plans | **$0.00** | |
| 5c. | Voluntary contributions for retirement plans | **$0.00** | |
| 5d. | Required repayments of retirement fund loans | **$0.00** | |
| 5e. | Insurance | **$60.78** | |
| 5f. | Domestic support obligations | **$0.00** | |
| 5g. | Union dues | **$0.00** | |
| 5h. | Other deductions. Specify: _____ | **+ $0.00** | |

**6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. → 6. **$894.58**

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. → 7. **$4,105.42**

**8. List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm** — 8a. **$0.00**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

8b. **Interest and dividends** — 8b. **$0.00**

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** — 8c. **$0.00**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

8d. **Unemployment compensation** — 8d. **$0.00**

8e. **Social Security** — 8e. **$0.00**

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

Specify: _____ — 8f. **$0.00**

8g. **Pension or retirement income** — 8g. **$0.00**

8h. **Other monthly income.** Specify: _____ — 8h. **+ $0.00**

**9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. → 9. **$0.00**

**10. Calculate monthly income.** Add line 7 + line 9. → 10. **$4,105.42** + _____ = **$4,105.42**
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in Schedule J.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____ 11. **+ $0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. 12. **$4,105.42**

**Combined monthly income**

**13.** Do you expect an increase or decrease within the year after you file this form?

☐ No.
☒ Yes. Explain: **Income for both jobs started in October 2016. Income listed is prospective**

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Wesley**  **Scott**  **Hogan** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **17-43838-13** |

Check if this is:
- [ ] An amended filing
- [ ] A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

    - [x] No. Go to line 2.
    - [ ] Yes. **Does Debtor 2 live in a separate household?**
        - [ ] No
        - [ ] Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    - [x] No
    - [ ] Yes. Fill out this information for each dependent..................

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | _____ | _____ | [ ] No  [ ] Yes |
    | _____ | _____ | [ ] No  [ ] Yes |
    | _____ | _____ | [ ] No  [ ] Yes |
    | _____ | _____ | [ ] No  [ ] Yes |
    | _____ | _____ | [ ] No  [ ] Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
    - [x] No
    - [ ] Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.**  
   Include first mortgage payments and any rent for the ground or lot.           4.     **$825.00**

   **If not included in line 4:**

   4a. Real estate taxes                                                          4a. _____

   4b. Property, homeowner's, or renter's insurance                               4b. _____

   4c. Home maintenance, repair, and upkeep expenses                              4c. _____

   4d. Homeowner's association or condominium dues                                4d. _____

| Debtor 1 | **Wesley Scott Hogan** | Case number (if known) | **17-43838-13** |
|---|---|---|---|

**Your expenses**

| | | | |
|---|---|---|---:|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$100.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$150.00** |
| | 6d.  Other.  Specify:  **cell** | 6d. | **$50.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$350.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$120.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$115.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$450.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | |
| 14. | **Charitable contributions and religious donations** | 14. | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$85.00** |
| | 15d.  Other insurance.  Specify: | 15d. | |
| 16. | **Taxes.**  Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1    **Vehicle payment** | 17a. | **$300.00** |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: | 17c. | |
| | 17d.  Other.  Specify:  **Furniture Lease** | 17d. | **$300.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | |

Official Form 106J    **Schedule J: Your Expenses**    page 2

Debtor 1    **Wesley Scott Hogan**                                                          Case number (if known)    **17-43838-13**

**20.** **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property      20a. _____

    20b.  Real estate taxes      20b. _____

    20c.  Property, homeowner's, or renter's insurance      20c. _____

    20d.  Maintenance, repair, and upkeep expenses      20d. _____

    20e.  Homeowner's association or condominium dues      20e. _____

**21.** **Other.** Specify: **See continuation sheet**      21. + **$1,050.00**

**22.** **Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.      22a. **$3,995.00**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.      22b. _____

    22c.  Add line 22a and 22b. The result is your monthly expenses.      22c. **$3,995.00**

**23.** **Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.      23a. **$4,105.42**

    23b.  Copy your monthly expenses from line 22c above.      23b. – **$3,995.00**

    23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.      23c. **$110.42**

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.
☑ Yes. Explain here: **Expenses are prospective**

Debtor 1  **Wesley Scott Hogan**                               Case number (if known)  **17-43838-13**

**21.  Other.  Specify:**
| | |
|---|---:|
| **Child Support payment** | **$300.00** |
| **IRS Payment** | **$600.00** |
| **Student Loans** | **$150.00** |
| Total: | **$1,050.00** |